

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00227-CR

| | | |
|---|---|---|
| Randall Ray Lyle, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1239400D) |
| v. | § | July 11, 2019 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment adjudicating guilt. We modify the judgment adjudicating guilt to delete the $980 fine, the $34,297.62 in restitution, and $50 of the ordered $590 in reparations. We additionally modify the attached order to withdraw funds to delete $1,030 from the incurred "[c]ourt costs, fees and/or fines and/or restitution" for a remaining total of $854. It is ordered that the trial court's judgment adjudicating guilt is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
    Justice Lee Gabriel